UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **NAVBLAZER, LLC**<br><br>**Plaintiff**<br><br>v.<br><br>**APPLE, INC.**<br><br>**Defendant** | **Case No. 6:20-cv-00085-ADA**<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff NavBlazer LLC hereby provides the following status report in advance of the Case Management Conference ("CMC").

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on February 4, 2020. There was one extension. Plaintiff filed a First Amended Complaint on June 23, 2020.

## DEFENDANT'S ANSWER AND COUNTERCLAIMS

Defendant answered the Original Complaint on March 30, 2020 and answered the First Amended Complaint on July 9, 2020.  There are no asserted counterclaims.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES

There are three other related cases in this Judicial District:  Case No. 6:20-cv-00089; Case No. 6:20-cv-00095; and Case No. 6:20-cv-00100.

## IPR FILINGS

Unified Patents, LLC filed an IPR which was docketed on June 18, 2020. The PTAB will likely issue a final written decision on the IPR by December 15, 2021.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and a total of four claims. Plaintiff's preliminary infringement contentions were served on July 10, 2020.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference. The parties have no pre-Markman issues to raise at the CMC hearing.

Dated: July 15, 2020

Respectfully Submitted

*/s/ Thomas Fasone III*
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
René A. Vazquez
*Pro Hac Vice*
rvazquez@ghiplaw.com


**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400



*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**